# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Chintan Mehta, et al.<br><br>        Plaintiff(s),<br>v.<br><br>U.S. Department of State, et al.<br><br>        Defendant(s). | Case No. 15-cv-1543<br><br>**PRAECIPE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue Summonses

09/29/2015
Dated

/s/ Robert Pauw
Sign or use an "s/" and your name

Robert Pauw
Gibbs Houston Pauw
1000 Second Ave., Suite 1600
Seattle, WA  98104
(206) 682-1080

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**