District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| Chintan MEHTA, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>   *Defendants.* | Case No.: 2:15-cv-01543-RSM<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on Plaintiffs' Motion for Temporary Restraining Order. Having reviewed the Motion, together with all documents filed in support and opposition, and been fully advised,

The Court hereby ORDERS:

Defendant USCIS shall identify and accept all adjustment applications filed by Plaintiffs and individuals whose priority dates, preference categories, and nationalities place them within the definition of the proposed Class pending the outcome of this litigation.

[Proposed] TEMPORARY RESTRAINING
ORDER – 1
Case No. 2:15-cv-01543-RSM

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA 98104
(206) 682-1080

Dated this _____ Day of _____, 2015

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| [Proposed] TEMPORARY RESTRAINING ORDER – 2<br>Case No. 2:15-cv-01543-RSM | **GIBBS HOUSTON PAUW**<br>**1000 Second Ave., Suite 1600**<br>**Seattle, WA  98104**<br>**(206) 682-1080** |