EXHIBIT F

Robert Gibbs
Robert Pauw
Gibbs Houston Pauw
1000 Second Ave., Suite 1600
Seattle, WA 98104
Telephone: (206) 682-1080
Facsimile: (206) 689-2270
rgibbs@ghp-law.net

Gregory S. Siskind
Siskind Susser, PC
1028 Oakhaven Road
Memphis, TN 38119
Telephone: (901) 682-6455
Facsimile: (901) 339-9604
GSiskind@visalaw.com

R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 244-4345
Andrew@ImmigrantCivilRights.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Chintan MEHTA, *et al.*, on behalf of themselves and a class of all individuals similarly situated, )<br>)<br>)<br>) | |
|     *Plaintiffs,* )<br>) | |
| v. )<br>) | Case No.: 15-1543 |
| U.S. DEPARTMENT OF STATE, *et al.*, )<br>) | Declaration of Cyrus Mehta |
|     *Defendants.* )<br>) | |

DECLARATION OF CYRUS MEHTA – 1

## DECLARATION OF CYRUS MEHTA

I, Cyrus Mehta, being an adult of sound mind and body, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Cyrus D. Mehta. I am an attorney admitted in the State of New York and have been practicing in the area of US immigration law for over 24 years. I am the founder and managing attorney of Cyrus D. Mehta & Associates, PLLC, which is located at 2 Wall Street, 6th Floor, New York, NY 10005. A significant portion of my practice includes representing employers and family members in filing I-130 and I-140 immigrant visa petitions on behalf of foreign national beneficiaries, and applying for permanent residence on behalf of these foreign nationals based on cut-off dates in the Department of State's (DOS) monthly visa bulletin.

2. I co-authored a widely disseminated article with Gary Endelman (who has since become an Immigration Judge and is not participating in this Declaration) entitled *The Tyranny of Priority Dates*, dated March 25, 2010 (a version of which was published in Bender's Immigration Bulletin, April 1, 2010). *Available at* http://www.ilw.com/articles/2010,0503-endelman.pdf. This article highlighted the plight of foreign national beneficiaries of I-130 and I-140 petitions caught in the crushing backlogs in the family and employment-based preferences, and offered proposals for administrative reform consistent with the applicable provisions under

DECLARATION OF CYRUS MEHTA – 2

**GIBBS HOUSTON PAUW**
**1000 Second Ave., Suite 1600**
**Seattle, WA 98104**
**(206) 682-1080**

1   the Immigration and Nationality Act (INA).  One of the salient proposals in *The*

2   *Tyranny of Priority Dates* was to establish a dual date system in the DOS's monthly

3   visa bulletin. This proposal was later fine tuned in a blog that I also co-authored

4
    with Gary Endelman entitled *Do We Really Have To Wait for Godot?  A Legal Basis*
5
6   *for Early Filing Of An Adjustment Of Status Application*. Available at

7   http://blog.cyrusmehta.com/2014/08/do-we-really-have-to-wait-for-godot.html.  We

8   also proposed the dual date system in our comment to the *Visa Modernization*

9
    *Notice of Request for Information: Immigration Policy*, published in 78 Fed. Reg.
10
11  78,458 (December 30, 2014). The comment is available at

12  http://www.regulations.gov/#!documentDetail;D=USCIS-2014-0014-1179.

13      3.  The changes that were made in the October 2015 Visa Bulletin are similar in

14
15  concept with the proposals in our article, blog and comment, and therefore, I am

16  qualified to opine on and offer an interpretation to the October 2015 Visa Bulletin.

17      4.  INA Section 245(a)(3) allows for the filing of an I-485 application for

18
19  adjustment of status when the visa is "immediately available" to the applicant. 8

20  C.F.R. section 245.1(g)(1) links visa availability to the DOS's  monthly Visa

21  Bulletin. Pursuant to this regulation, an I-485 application can only be submitted "if

22  the preference category applicant has a priority date on the waiting list which is
23
24  earlier than the date shown in the Bulletin (or the Bulletin shows that numbers for

25  visa applicants in his or her category are current)." Since visa availability has been

26  linked to dates based on the prospect of actual issuance of a visa, it has resulted in

27  decade long backlogs in some preference categories.

28

DECLARATION OF CYRUS MEHTA – 3                 **GIBBS HOUSTON PAUW**
                                               **1000 Second Ave., Suite 1600**
                                               **Seattle, WA  98104**
                                               **(206) 682-1080**

5.   The October 2015 Visa Bulletin announced on September 9, 2015 established two priority dates for the very first time–a filing date and a final action date. The final action date is when the beneficiary will be eligible to receive his/her green card, but the new filing date is when the beneficiary will be eligible to file an I-485 application consistent with 8 C.F.R. section 245.1(g)(1), and if the beneficiary files an I-485 application, he or she will get the benefits thereof such as an Employment Authorization Document (EAD), advance parole and protection of the beneficiary's child from aging out under the Child Status Protection Act (CSPA).

6.   Under the filing date established in the October 2015 Visa Bulletin, visa availability is no longer defined by when visas can actually be issued to the beneficiary. The October 2015 Visa Bulletin instead views visa availability more broadly as "dates for filing visa applications within a time frame justifying immediate action in the application process." The United States Citizenship and Immigration Services (USCIS) announcement relating to the October 2015 Visa Bulletin, available at http://www.uscis.gov/news/uscis-announces-revised-procedures-determining-visa-availability-applicants-waiting-file-adjustment-status, also expansively interprets visa availability as "eligible applicants" who "are able to take one of the final steps in the process of becoming U.S. permanent residents." These DOS and USCIS announcements provide more flexibility for the DOS to move the filing dates forward, and possibly make them even current.

7.   For purposes of establishing a filing date, visa availability under the expansive interpretation may be based on just one visa being saved in the

DECLARATION OF CYRUS MEHTA – 4

backlogged preference category, such as the India employment-based third

preference (EB-3), like the proverbial Thanksgiving turkey. Just like one turkey

every Thanksgiving Day is pardoned by the President and not consumed, similarly

one visa can also be left intact rather than used by the foreign national

beneficiary.   So long as there is one visa kept available, it would provide the legal

basis for an I-485 filing through the earlier filing date, and this would be consistent

with INA section 245(a)(3) as well as 8 C.F.R section 245.1(g)(1). Filing dates could

potentially advance and become current. Therefore, there was no legal basis to

retrogress the priority dates in the revised October 2015 Visa Bulletin. Rather the

government could have advanced them.

   8.  It is my opinion that the new filing date system established in the October

2015 Visa Bulletin allows for the filing of an I-485 application without regard to

whether visas can actually be issued. On October 1, 2015, which is the start of the

new fiscal year, visas will be made available in each of the preferences as statutorily

prescribed, as well as to the countries within each of the preferences. It is

acknowledged that there will be more foreign national applicants needing the visas

than the visas that will be made available for the fiscal year. However, the filing

date ought to be established based on the fact that there is a visa available in the

preference category.

   9.  Even if the government claims that it miscalculated the number of visas

actually available regarding the filing date so as to justify moving the filing dates

backwards, a filing date under the October 2015 Visa Bulletin can be established

DECLARATION OF CYRUS MEHTA – 5

without regard to whether visas can actually be issued to an applicant. All that is needed is that a single visa should be potentially available for purposes of establishing the filing date. Accordingly, the DOS and the USCIS can and should leave intact the filing dates that were announced in the first version of the October 2015 Visa Bulletin, notwithstanding any supposed calculation.

10. It is my considered opinion, based upon years of experience and scholarship in this area and the publications cited above, that the path DOS took in rescinding the Visa Bulletin and substituting new cut-off filing dates causes unnecessary and irreparable harm to immigrant visa applicants without any rational legal or practical justification.

## Verification

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2015,

Cyrus Mehta

DECLARATION OF CYRUS MEHTA – 6