EXHIBIT G

1  Robert Gibbs
   Robert Pauw
2  Gibbs Houston Pauw
   1000 Second Ave., Suite 1600
3  Seattle, WA  98104
4  Telephone: (206) 682-1080
   Facsimile: (206) 689-2270
5  rgibbs@ghp-law.net

6
   Gregory S. Siskind
7  Siskind Susser, PC
   1028 Oakhaven Road
8  Memphis, TN 38119
9  Telephone: (901) 682-6455
   Facsimile: (901) 339-9604
10 GSiskind@visalaw.com

11
   R. Andrew Free
12 Bank of America Plaza
   414 Union Street, Suite 900
13 Nashville, TN 37219
14 Telephone: (615) 244-2202
   Facsimile: (615) 244-4345
15 Andrew@ImmigrantCivilRights.com

16
                  UNITED STATES DISTRICT COURT
17          FOR THE WESTERN DISTRICT OF WASHINGTON
18                        AT SEATTLE

19 Chintan MEHTA, *et al.*, on behalf of        )
   themselves and a class of all               )
20 individuals similarly situated,             )
21                                             )
           *Plaintiffs,*                        )
22                                             )
23 v.                                          )   Case No.: 15-1543
                                               )
24 U.S. DEPARTMENT OF STATE, *et al.*,          )
25                                             )   **Declaration of Charles H.**
           *Defendants.*                        )   **Kuck**
26                                             )

27

28

DECLARATION OF CHARLES H. KUCK – 1                    **GIBBS HOUSTON PAUW**
                                                      **1000 Second Ave., Suite 1600**
                                                      **Seattle, WA  98104**
                                                      **(206) 682-1080**

1

2

3

## DECLARATION OF CHARLES H. KUCK

4

5

6

7

I, Charles H. Kuck, being an adult of sound mind and body, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

8

9

10

11

12

13

14

15

16

17

18

19

1. My name is Charles H. Kuck. I am an attorney licensed in the State of Georgia. I have been practicing immigration law for more than 25 years. I am the Managing Partner of Kuck Immigration Partners. I am a former national president of the American Immigration Lawyers Association (AILA), and the immediate past presdient of the Alliance of Business Immigration Lawyers (ABIL). I have extensive experience in meetings, both public and private with the Department of State's Visa Office. I am personally familiar with, and knowledgeable of, the method by which the Department of State allocates visa numbers.

20

21

22

23

24

25

26

27

28

2. The Visa Bulletin is a monthly publication issued by the U.S. Department of State's Visa Office. The Visa Bulletin is prepared and written by Mr. Charlie Oppenheim, Chief, Visa Control and Reporting who has had this position with the Visa Office of DOS for over two decades. A team of experts work with Mr. Oppenheim and are tasked, by statute, under 8 USC § 1153, with calculating, on behalf of the Department of State, the "priority dates" which are then eligible to complete their processing for permanent residence within the US at USCIS and at

DECLARATION OF CHARLES H. KUCK – 2

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA 98104
(206) 682-1080

US Consulates abroad.  As part of his responsibilities he is also tasked with ensuring that all available visa numbers are used each fiscal year, and that they are fairly distributed throughout each fiscal quarter.

3.  Each month, Mr. Oppenheim receives from U.S. consulates throughout the world, the National Visa Center, and United States Citizenship and Immigration Services ("USCIS") an anticipated "demand" for immigrant visa numbers for that month. Mr. Oppenheim then, using the formulas dictated by statute and regulation, calculates the "priority date" that is then eligible to be approved for a grant of permanent residence under 8 INA 1255.

4.  Mr. Oppenheim does not work for the USCIS.  He does not control whether the USCIS actually uses the available visa numbers that the agency has said it will need.  It is also quite common for USCIS to not actually use all of the available immigrant visa numbers it has requested, leaving thousands of immigrants each year waiting longer than necessary for their permanent residence.  Whether intentional, or by sheer bureaucratic incompetence, it is clear, as a historical matter, that USCIS is not capable of either correctly calculating its capacity to complete its workload, or in estimating its demand for immigrant visas.

5.  Mr. Oppenheim's numbers have historically been very accurate, but for a general failure of USCIS to provide a completely accurate listing of all pending cases by category and country each month.  It is widely known that USCIS has provided historically and projectionally inaccurate information to Mr. Oppenheim for his statutory obligations, and, in fact, simply failed to provide that

DECLARATION OF CHARLES H. KUCK – 3

GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA  98104
(206) 682-1080

information on occasion, specifically in July 2007.

6.   My expertise and experience compel the conclusion that the numbers provided in the original October Visa Bulletin issued on September 9, 2015, were as accurate as possible based upon the information provided to Mr. Oppenheim prior to that date. It is also very clear that the numbers reflected by filing dates listed in the "new" October Visa Bulletin, issued on September 25, 2015 are not reflective of actual visa demand going forward and are depriving thousands of individuals who had paid for and prepared to file adjustment of status applications on October 1, 2015, to do so.

7.   It is difficult to believe that the new October Visa Bulletin is in any way reflective of the actual visa demand, given past use of this specific priority dates and the lack of demand at those times in prior visa bulletins.

8.   My expert opinion is that the new October Visa Bulletin is not reflective of actual visa usage and demand, and that the original October Visa Bulletin, upon which tens of thousands of individuals relied, is both accurate and fairly calculated to use all available visa numbers in fiscal year 2016.

## Verification

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2015,

Charles H. Kuck

DECLARATION OF CHARLES H. KUCK – 4

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA  98104
(206) 682-1080