# EXHIBIT H

1 | Robert Gibbs
2 | Robert Pauw
  | Gibbs Houston Pauw
3 | 1000 Second Ave., Suite 1600
  | Seattle, WA 98104
4 | Telephone: (206) 682-1080
5 | Facsimile: (206) 689-2270
  | rgibbs@ghp-law.net
6 |
7 | Gregory S. Siskind
  | Siskind Susser, PC
8 | 1028 Oakhaven Road
  | Memphis, TN 38119
9 | Telephone: (901) 682-6455
10 | Facsimile: (901) 339-9604
  | GSiskind@visalaw.com
11 |
12 | R. Andrew Free
  | Bank of America Plaza
13 | 414 Union Street, Suite 900
  | Nashville, TN 37219
14 | Telephone: (615) 244-2202
15 | Facsimile: (615) 244-4345
  | Andrew@ImmigrantCivilRights.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Chintan MEHTA, *et al.*, on behalf of themselves and a class of all individuals similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Case No.: 15-1543 <br><br> Declaration of Sharon Mehlman on behalf of the Alliance of Business Immigration Lawyers |

DECLARATION OF SHARON MEHLMAN ON BEHALF OF THE ALLIANCE OF BUSINESS IMMIGRATION LAWYERS – 1

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA 98104
(206) 682-1080

# DECLARATION OF SHARON MEHLMAN
## ON BEHALF OF THE ALLIANCE OF BUSINESS IMMIGRATION LAWYERS

I, Sharon Mehlman, being an adult of sound mind and body, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Sharon Mehlman. I am an immigration attorney licensed to practice in the State of California. I currently serve as President of the Alliance of Business Immigration Lawyers (ABIL), and submit this Declaration in that capacity. The Alliance of Business Immigration Lawyers (ABIL) is comprised of 20 of the top U.S. business immigration law firms, each led by a prominent member of the U.S. immigration bar. ABIL member firms employ over 250 attorneys (700+ total staff) devoted to business immigration in 25 major U.S. cities, plus 25 international cities. More information about our organization is available at www.abil.com.

2. As immigration lawyers, the issuance of the Visa Bulletin by the Department of State -- and the critical information it conveys -- each month shapes many aspects of our practice. It affects workloads, staffing, and overtime decisions. As soon as we see the upcoming month's bulletin, we immediately identify which of our clients are eligible, set up matters in our case management systems, request information from eligible clients to allow necessary forms to be completed and give them instructions as to required documents they must attain. Upon receipt of the

supplemental information and documents needed, we communicate with the client to review individual legal issues to confirm eligibility for the immigration or visa benefit sought, draft and prepare forms and documents for review for accuracy, completeness and approval, as well as any desired changes before filing, send final documentation to clients for review and signature, and assemble applications and supporting documents pursuant to U.S. Citizenship and Immigration Services (USCIS) regulations, statutory requirements and agency guidelines.

3. Based upon our instructions, which in turn are based upon information in the Visa Bulletin, clients (who may be U.S. citizens, lawful permanent residents, sponsoring employers, sponsored foreign nationals and their eligible family members incur significant expenses and expend substantial time and resources in allowing us to prepare their adjustment of status applications for submission to USCIS. Expenses include scheduling and paying for medical examinations by USCIS-approved physicians, taking and purchasing photographs, obtaining legal documents both in the U.S. and from abroad (e.g., birth certificates, affidavits of birth, certificates confirming the unavailability of records, court and police records, marriage/divorce degrees, etc.) arrange and pay for the translation of foreign-language documents into English, and schedule or re-schedule travel because they must be in the U.S. on the day USCIS receives the adjustment of status applications, and many cannot travel after filing until they receive USCIS issued travel documents known as advance parole travel authorization.

4. We are ordinarily equipped to handle the usual fluxuations in the Visa Bulletin. However, with the U.S. Department of State (DOS) and USCIS announcements on September 9, 2015 of the changes in the filing procedures, thousands of foreign nationals -- our current and prospective clients as well as the eligible population of represented and unrepresented individuals became eligible to apply for adjustment of status during the month of October, 2015. Given that many of these individuals have waited years for this opportunity, they and their employers were pushing legal counsel to have cases ready at the beginning of October, as close to October 1 as possible. Therefore, because of the large number of clients affected by the procedures announced in the October 1, 2015 Visa Bulletin, attorneys and our staffs have been working overtime since September 9, 2015. In addition, in many law firms, additional temporary help had to be engaged to handle the increased workload.

5. The Visa Bulletin and the processes explained above are not new. Since the changes to the immigrant visa preference system wrought by the Immigration Act of 1965, we have consistently relied on the information provided by DOS in this uniformly reliable document. As such, we provide legal advice and guidance to our clients based on that information. Because of the September 25, 2015 changes to the Visa Bulletin, and the corresponding change in eligibility to file for adjustment of status announced by USCIS, we cannot rely on or trust the information provided by these federal agencies. These changes make it extremely difficult to provide legal advice or to competently strategize with and counsel employers and

DECLARATION OF SHARON MEHLMAN ON
BEHALF OF THE ALLIANCE OF BUSINESS
IMMIGRATION LAWYERS – 4

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA  98104
(206) 682-1080

individuals regarding their feasibility and timing of attaining their business and personal objectives which can only be realized through satisfactory compliance with immigration law. The permanent residency process is already confusing and full of unknowns without the abrupt changes announced on September 25; clients want and deserve predictability.  While a particular legal outcome cannot be guaranteed, the essential point of the new Visa Bulletin system -- introduced as a result of President Obama's executive actions announced on November 20, 2014 was to modernize and bring more predictability and stability to the system and help law abiding foreign nationals patiently waiting to qualify earlier for precious immigration benefits.  Instead, these agencies -- by their recent actions -- have thrown everything into chaos.

 6. Based on our communications with other attorneys around the country, we believe the experiences of ABIL members described in this declaration are essentially identical.  Estimates are that over 75% of the individuals will become ineligible to file under the September 25 changes to the Visa Bulletin.  In some office, that number is much higher, even approaching 100%.  In addition to dealing with the disappointment and heartbreak of clients and we are now become the bearers of bad news without adequate explanation since we lack the ability to foresee unforeseeable events of this kind.  As advocates for our clients, we are already working as quickly as possible to notify each client to discuss the options and to devise new strategies.

DECLARATION OF SHARON MEHLMAN ON
BEHALF OF THE ALLIANCE OF BUSINESS
IMMIGRATION LAWYERS – 5

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA  98104
(206) 682-1080

7. However, some of the damage has already been done and attorneys now need to provide new strategies on the best way to proceed. Once the Visa Bulletin came out on September 9, 2015, decisions were made regarding specific individuals. For example, some foreign nationals and sponsoring employers no doubt relied justifiably on the original version of the October 1, 2015 Visa Bulletin to avoid incurring the substantial burdens, filing and legal fees and other associated expenses, including the cost of foreign air travel and lodging, and thus declined to extend expiring or expired nonimmigrant work-visa status and renew corresponding work and derivative family-member visas. These employers face the loss of valued workers who cannot now continue to render services without the employment authorization available through adjustment of status. The individuals in question now may also have incurred or be at risk of suffering numerous statutory penalties:

    a. the failure to maintain lawful nonimmigrant status, accrual of unlawful-presence and immediate visa-voidance under Immigration and Nationality Act (INA) §§ 212(a)(9)(B) and 222(g) [ 8 USC §§ 1182(a)(9)(B) and 1222(g)],

    b. the future ineligibility to adjust status under INA §§ 245(a) and (c) [ 8 USC §§ 1255(a) and (c)] or

    c. the inability to benefit from the statutory exception to adjustment ineligibility under INA § 245(k) [ 8 USC § 1255(k)], or

    d. the inability to gain "age-out" protection for minor children approaching age 21 under the Child Status Protection Act, Pub. L. No.

107-208, or

    e. the ineligibility to benefit from the job-flexibility provisions of the American Competitiveness in the 21st Century Act, Pub. L. No. 106-313.

8. In the interest of justice and fairness to the large number of affected individuals, we at ABIL urge this Court to require USCIS and DOS to follow the initial October visa bulletin as published on September 9, 2015.

9. **<u>Verification</u>**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2015,

*[signature: Sharon Mehlman]*

_____
Sharon Mehlman

List of ABIL Members:

Philip Curtis

Laura Danielson

Rami Fakhoury

Bryan Funai

Steven Garfinkel

Kehrela Hodkinson

Mark Ivener

DECLARATION OF SHARON MEHLMAN ON BEHALF OF THE ALLIANCE OF BUSINESS IMMIGRATION LAWYERS – 7

GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA  98104
(206) 682-1080

1. H. Ronald Klasko
2. Charles Kuck
3. Vincent Lau
4. Robert Loughran
5. Sharon Mehlman
6. Cyrus Mehta
7. John Nahajzer
8. Angelo Paparelli
9. Julie Pearl
10. William Reich
11. Lynn Susser
12. Bernard Wolfsdorf
13. Stephen Yale-Loehr

DECLARATION OF SHARON MEHLMAN ON BEHALF OF THE ALLIANCE OF BUSINESS IMMIGRATION LAWYERS – 8

**GIBBS HOUSTON PAUW**
**1000 Second Ave., Suite 1600**
**Seattle, WA  98104**
**(206) 682-1080**