Hon. Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINTAN MEHTA, et al., | Case No. 2:15-cv-1543-RSM |
| Plaintiffs, | |
| v. | NOTICE OF APPEARANCE |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Glenn M. Girdharry, Assistant Director, United States Department of Justice, Office of Immigration Litigation, District Court Section, enters his appearance as counsel for Defendants in the above-captioned matter without waiving objection to, among other things, service, venue or jurisdiction.

//

//

NOTICE OF APPEARANCE

Case No. 2:15-cv-1543-RSM

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202-532-4807

| | |
|---|---|
| Dated: October 1, 2015 | Respectfully submitted, |
| | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| | WILLIAM C. PEACHEY<br>Director |
| | By: *s/ Glenn M. Girdharry*<br>GLENN M. GIRDHARRY<br>Assistant Director<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4807<br>Fax: (202) 305-7000<br>Email: glenn.girdharry@usdoj.gov |

NOTICE OF APPEARANCE

Case No. 2:15-cv-1543-RSM

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202-532-4807

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

By: *s/Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division

NOTICE OF APPEARANCE

Case No. 2:15-cv-1543-RSM

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202-532-4807