Hon. Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINTAN MEHTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | Case No. 2:15-cv-1543-RSM <br><br><br> NOTICE OF INTENT TO FILE OPPOSITION BRIEF UNDER LCR 65(b)(5) |

Pursuant to Local Civil Rule 65(b)(5), Defendants, United States Department of State, *et al.*, through undersigned counsel, file this notice indicating their intent to file a brief in opposition to Plaintiffs' motion for a temporary restraining order (ECF No. 7).

Defendants intend to file their opposition brief by no later than 5:00 pm Pacific Time on Friday, October 2, 2015.

//

//

NOTICE OF INTENT TO FILE
RESPONSIVE BRIEF UNDER LCR 65(b)(5)

Case No. 2:15-cv-1543-RSM

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202-532-4807

| | | |
|---|---|---|
| 1 | Dated: October 1, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| 4 | | WILLIAM C. PEACHEY |
| 5 | | Director |
| 6 | | SARAH S. WILSON |
| 7 | | Trial Attorney |
| 8 | | By: *s/ Glenn M. Girdharry* |
| 9 | | GLENN M. GIRDHARRY<br>Assistant Director |
| 10 | | United States Department of Justice<br>Civil Division |
| 11 | | Office of Immigration Litigation<br>District Court Section |
| 12 | | P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |
| 13 | | Tel: (202) 532-4807 |
| 14 | | Fax: (202) 305-7000<br>Email: glenn.girdharry@usdoj.gov |

NOTICE OF INTENT TO FILE
RESPONSIVE BRIEF UNDER LCR 65(b)(5)

Case No. 2:15-cv-1543-RSM

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202-532-4807

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

By: *s/Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division

NOTICE OF INTENT TO FILE
RESPONSIVE BRIEF UNDER LCR 65(b)(5)

Case No. 2:15-cv-1543-RSM

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202-532-4807