UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINTAN MEHTA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | Case No. 2:15-cv-1543-RSM<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINES |

Based upon stipulation of the parties, it is ORDERED:

    (1)    Defendants shall file their Motion to Dismiss the Amended Complaint by December 14, 2015. The motion will be noted for January 22, 2016.

    (2)    Plaintiffs will amend the complaint by January 8, 2016.

    (3)    Plaintiffs' Motion for Class Certification (Dkt. # 17) will be renoted to the fourth Friday following the Court's decision on Defendants' Motion to Dismiss.

Dated this 4th day of December 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE